# SEARCH WARRANT

To any policeman of a county, city or town:
To   DANVILLE,VA Police Department

VA. CODE ANN, §§ 19.2-56,57
RULE 3A:27

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night

LOCATION / DESCRIPTION OF PLACE, PERSON, OR THING TO BE SEARCHED

505 Jefferson Street Danville Va. multiple unit dwelling and all persons present. As one travels South on Court Street from the City of Danville Municipal Building, turn right onto Loyal Street. Travel on Loyal Street until the road name changes to Jefferson Street. Once one travels through the intersection of Green Street, the dwelling to be searched is the second dwelling to the left. The dwelling is a two story structure with white vinyl siding. The numbers 505 are on the black mailbox that is affixed to the left of the front door. The front door is centered with white columns on both sides. Once one enters the structure, the room to be searched will be the first to the left on the first floor with double doors to go through.

LIST PROPERTY, OBJECTS, AND/OR PERSONS SOUGHT IN SEARCH

Marijuana, scales, monies, baggies, digital media devices, documents, paraphernalia, and any instrumentalities associated with the illegal possession and/or distribution of marijuana.

You are further commended to seize said property, persons, and/or objects if they be found and to
Produce before the    Danville Circuit                         Court an inventory of all property, persons,
And/or objects seized.

This search warrant is issued in relation to an offense substantially described as follows:
Possession with Intent to Distribute Marijuana in violation of Virginia State Code 18.2-248.1

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described here-in has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by

9/05/13  7:33pm
DATE AND TIME

Sgt H.B. Richards - #
NAME OF AFFIANT

[signature]
☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

FORM DC-338 (FRONT) 7/01 (114.3-0108/04)

---

FILE NO.

# SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

V/ RE
505 Jefferson Street
Danville VA

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this warrant:

1. $554.00 Currency
2. (2) Digital Scales
3. Plastic Bag containing another Plastic Bag of Green Plant Material
4. Bag of Green Plant Material
5. Metal Grinder
6. Assorted Caliber Ammunition
7. .177 BB Handgun
8. HTC Smart Phone
9. Motorola Smart Phone
10. Sanyo Flip Phone
11. Kyocera Cell Phone
12. Samsung Cell Phone
13.
14.
15.

(CONTINUE AT RIGHT OR ATTACH ADDITIONAL PAGES AS NECESSARY)

The statement above is true and accurate to the best of my knowledge and belief.

_____
(DATE)   EXECUTING OFFICER

Subscribed and sworn before me this day

_____
(DATE)

☐ CLERK ☐ MAGISTRATE ☐ JUDGE
☐ NOTARY PUBLIC My commission

FFORM DC-338 7/01 (114.3-010 08/04)

## EXECUTION

Executed by searching the within described place,

9-25-13 2010
DATE AND TIME EXECUTED

D Lancaster
EXECUTING OFFICER

Certified to
Circuit Court on _____ (DATE)

_____
(EXECUTING OFFICER)

Received on _____ (DATE)

by _____
CLERK, CIRCUIT COURT

# AFFIDAVIT FOR SEARCH WARRANT
Commonwealth of Virginia    VA. CODE § 19.2-54

FILED
13 SEP 27 AM 9:0[?]

CASE NO.

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:

H.S. RICHARDSON
NAME

SERGEANT
TITLE (IF ANY)

427 PATTON STREET
ADDRESS

DANVILLE VA 24543

The undersigned Applicant states under oath:

1. A search is requested in relation to an offense substantially described as follows:

    Possession with Intent to Distribute Marijuana in Violation of Virginia State Code 18.2-248, [illegible]
    DANVILLE — [illegible]

    [ ] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows:

    505 Jefferson Street Danville Va mutiple unit dwelling and all persons present. As one travels South on Court Street from the City of Danville Municipal Building, turn right onto Loyal Street. Travel on Loyal Street until the road name changes to Jefferson Street. Once one travels through the intersection of Green Street, the dwelling to be searched is the second dwelling to the left. The dwelling is a two story structure with white vinyl siding. The numbers 505 are on the black mailbox that is affixed to the left of the front door. The front door is centered with white columns on both sides. Once one enters the structure, the room to be searched will be the first to the left on the first floor with double doors to go through.

    [ ] CONTINUED ON ATTACHED SHEET

3. The things or persons to be searched for are described as follows:

    Marijuana, scales, monies, baggies, digital media devices, documents, paraphernelia, and any instrumentalities associated with the illegal possession and/or distribution of marijuana at 505 Jefferson Street.

    [ ] CONTINUED ON ATTACHED SHEET

Certified to Clerk of Danville .................. Circuit Court
     CITY OR COUNTY
on September 25, 2013 [signature]
     DATE    SIGNATURE
Magistrate
TITLE

Original Delivered [X] in person [ ] by certified mail
     [ ] by electronically transmitted facsimile
to Clerk of Danville .................. Circuit Court
     CITY OR COUNTY WHERE EXECUTED
on September 25, 2013 [signature]
     DATE    SIGNATURE
Magistrate
TITLE

Complete only if different than above:

Copy delivered [ ] in person [ ] certified mail
     [ ] by electronically transmitted facsimile
to Clerk of .................. Circuit Court
     CITY OR COUNTY OF ISSUANCE
on _____ _____
     DATE    SIGNATURE

_____
TITLE

(OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 07/08

4. The material facts constituting probable cause that the search should be made are:

Within the last 72 hours, a confidential informant was inside the first room to the left on the first floor of 505 Jefferson Street and seen a quantity of marijuana and scales inside and stated that marijuana has been sold from that residence.

5. The object, thing or person searched for constitutes evidence of the commission of such offense.

6. [ ] I have personal knowledge of the facts set forth in this affidavit OR

7. [x] I was advised of the facts set forth in this affidavit in whole or in part, by an informer. This informer's credibility or the reliability of the information may be determined from the following facts:

A confidential informant, known to me, has proven to be reliable in the past to the seizure of narcotics and/or wanted persons.

The statements above are true and accurate to the best of my knowledge and belief.

_____
Sgt. H.S. Richard
APPLICANT

SERGEANT
TITLE OF APPLICANT

Subscribed and sworn to before me this day.

9/25/13  7:38pm
DATE AND TIME

_____
[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE

# SEARCH WARRANT

To any policeman of a county, city or town:
To DANVILLE, VA

VA. CODE ANN. §§ 19.2-56,57
RULE 3A:27

FILE NO.

## SEARCH WARRANT

COMMONWEALTH OF VIRGINIA

V. in ref.

505 Jefferson Street, Danville VA

You are hereby commanded in the name of the Commonwealth to forthwith search either in day or night the Business

**LOCATION / DESCRIPTION OF PLACE, PERSON, OR THING TO BE SEARCHED**

505 Jefferson St. Danville VA, a multi unit dwelling. As one travels south on Jefferson Street through the intersection of Green Street and Jefferson St, the home to be searched is the second house on the left. The dwelling is a two story structure with white vinyl siding. The numbers 505 are on the black mailbox affixed to the left of the front door. The area to be searched is currently being watched by police personnel on scene from a prior search warrant for possession with intent to distribute marijuana.

**LIST PROPERTY, OBJECTS, AND/OR PERSONS SOUGHT IN SEARCH**

DVD's both burned and unburned, CD's both burned and unburned, laptop computers, desktop computers, monitors, recording devices of any type, digital media storage in all forms to include but not limited to jump drives, memory cards, and tablet devices. All DVD movies, even those to which appear to be legitimate, used as originals for recording unlicensed DVD movies, any and all digital devices present which may be associated with the illegal reproduction of motion picture movies and professionally licensed recorded music.

You are further commended to seize said property, persons, and/or objects if they be found and to
produce before the        Danville Circuit           Court an inventory of all property, persons,
and/or objects seized.
This Search Warrant is issued in relations to an offense substantially described as follows:
  Possession with intent to distribute video movies without the true manufacturer named in violation of VA codes 59.1-41.3, 59.1-41.4, 59.1-41.5, and 59.1-41.6

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described here-in has committed or is committing a crime, and further that the search should be made, based on the statements in the attached affidavit sworn to by

_____
NAME OF AFFIANT

9/25/2013 @ 9:30 pm
DATE AND TIME

☐ CLERK  ☐ MAGISTRATE  ☐ JUDGE

FORM DC-338 (FRONT) 7-01 (11/4 3-010 8/04)
9-22-10

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this warrant:

1. EMACHINES LAPTOP PLUGGED INTO SKY DVD BURNER
2. SKY DVD BURNER TOSHIBA LAPTOP ATTACHED TO BLACK HARDDRIVE (1.0)
3. DELL LAPTOP ATTACHED TO (2) EXTERNAL HARD DRIVES AND (2) DVD BURNERS
4. "HP" MINI LAPTOP
5. DOCUMENTS
6. DELL M5030 LAPTOP
7. AMAZON DVD BURNER
8. ASUS WINM NOTEBOOK PC900
9. TOSHIBA 40" FLATSCREEN
10. "COPY STAR" 8 DISC DVD BURNER
→11. JVC XV DVD WRITER
12. EPSON COLOR PRINTER
→13. ESTIMATED THOUSANDS OF UN-USED DVD'S
14. ESTIMATED THOUSANDS OF USED DVD'S
15.

(CONTINUE AT RIGHT OR ATTACH ADDITIONAL PAGES AS NECESSARY)

The statement above is true and accurate to the best of my knowledge and belief.

_____  _____
(DATE)                    EXECUTING OFFICER

Subscribed and sworn before me this day

_____  ☐ CLERK  ☐ MAGISTRATE  ☐ JUDGE
(DATE)                   ☐ NOTARY PUBLIC  My commission

FORM DC-338 7/01 (11-4 3-010 08/04)

## EXECUTION

Executed by searching the within described place,

9-25-13 2145
DATE AND TIME EXECUTED

D.C. LANCASTER
EXECUTING OFFICER

Certified to
Circuit Court on _____
                          (DATE)

                   _____
                   (EXECUTING OFFICER)

Received on _____
                    (DATE)

by _____
   CLERK, CIRCUIT COURT