IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ALVIN L. SUTHERLIN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 4:15cv37 |
| | ) | |
| v. | ) | |
| | ) | |
| LIEUTENANT J. W. SMITH, et al., | ) | By: Hon. Robert S. Ballou |
| | ) | United States Magistrate Judge |
| Defendants. | ) | |

## ORDER

Discovery in this case was previously stayed pending resolution of the motion to dismiss. Dkt. No. 48. That motion has since been resolved and the stay is hereby **LIFTED**. All deadlines set by the court's Pretrial Order (Dkt. No. 9) shall remain in place and discovery shall proceed in accordance with that order.

The clerk is directed to mail a copy of this order to the pro se plaintiff at his address of record.

It is so **ORDERED**.

Enter: April 5, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge