**UNITED STATES DISTRICT COURT**
*Western District of Virginia*
*Julia C. Dudley, Clerk*
*Post Office Box 1400*
*Danville, Virginia 24543*
*April 13, 2016*

Alvin L. Sutherlin, Jr.
505 Jefferson Street, 1st Floor
Danville, VA 24541

      RE:    Sutherlin v. Smith, et al
              Civil Action No. 4:15CV00037

Dear Mr. Sutherlin:

      The Court is in receipt of Plaintiff's Rule 26 Initial Disclosures. Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the Court does not accept Rule 26(a)(1) filings unless ordered by the Court. Therefore, Plaintiff's Rule 26 Initial Disclosures are being returned to you and have not been filed in this case.

      Thank you for your attention to this matter.

                                       Sincerely,

                                       s/H. McDonald
                                       Deputy-in-Charge/Courtroom Deputy

Enclosure