IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

ALVIN L. SUTHERLIN, JR.,

    Plaintiff,

v.

    Civil Action No. 4:15CV00037

LIEUTENANT J. W. SMITH,

and

SERGEANT H. S. RICHARDSON,

and

OFFICER N. M. SLOVER,

and

OFFICER M. C. PACE,

and

OFFICER R. C. LANDRUM,

and

OFFICER D. C. LANCASTER,

and

OFFICER W. C. SHIVELY,

and

OFFICER W. R. MERRILL,

and

OFFICER J. D. DIXON,

and

OFFICER L. D. LAND,

    Defendants.

DANIEL, MEDLEY & KIRBY, P.C.
LAW OFFICES
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543

## ANSWER OF OFFICER L.D. LAND

COMES now Officer L.D. Land, by counsel, and for a Supplemental Answer to Plaintiff's Complaint filed herein states as follows:

On April 8, 2016, this Court entered its Order permitting Plaintiff to add to his allegation(s) contained in his Complaint an allegation that Defendant Officer L.D. Land gave "perjured testimony in the Circuit Court of Danville on January 24, 2014" in violation of his Civil Rights under the Fourteenth Amendment.

Any and all allegations lodged by Plaintiff that Defendant Land committed perjury on January 24, 2014 or at any time relevant herein, are emphatically denied.

OFFICER L. D. LAND

By Counsel

COUNSEL:

T. Brent Gammon, Esquire
James A. L. Daniel (VSB #03881)
Martha White Medley (VSB #21171)
T. Brent Gammon (VSB #85324)
Counsel for Defendants
DANIEL, MEDLEY & KIRBY, P.C.
110 North Union Street
P. O. Box 720
Danville, VA 24543-0720
(434) 792-3911 Phone
(434) 793-5724 Facsimile
jdaniel@dmklawfirm.com
mmedley@dmklawfirm.com
bgammon@dmklawfirm.com

## CERTIFICATE OF MAILING

I hereby certify that on the 14th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also hereby certify that I have mailed a copy of the foregoing to the Plaintiff, *pro se,* Alvin L. Sutherlin, Jr., 505 Jefferson Street, 1st Floor, Danville, Virginia 24541.

s/T. Brent Gammon

Daniel, Medley & Kirby, P.C.
LAW OFFICES
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543