# DANIEL, MEDLEY & KIRBY, P.C.

ATTORNEYS AT LAW
110 NORTH UNION STREET
DANVILLE, VIRGINIA 24541

JAMES A. L. DANIEL
MARTHA WHITE MEDLEY
WILLIAM L. KIRBY, III
JANINE M. JACOB
MICHAEL A. NICHOLAS
MAGGY L. GREGORY
T. BRENT GAMMON

MAILING ADDRESS:
POST OFFICE BOX 720
DANVILLE, VIRGINIA 24543-0720

TELEPHONE: (434) 792-3911
FACSIMILE: (434) 793-5724
INTERNET: dmklawfirm.com

MARTINSVILLE OFFICE
P. O. BOX 1192
MARTINSVILLE, VA 24114
TELEPHONE: (276) 666-1585
FACSIMILE: (276) 666-4046

June 21, 2016

Alvin L. Sutherlin, Jr.
505 Jefferson Street, 1st Floor
Danville, Virginia 24541

RE: Alvin L. Sutherlin, Jr., v. Lieutenant J.W. Smith, et als
Civil Action No.: 4:15CV00037

Dear Mr. Sutherlin:

Enclosed is an Affidavit of Officer L.D. Land, together with a DVD containing additional video footage obtained from the Danville Police Department of the police briefing prior to the execution of the search warrant on September 25, 2013 regarding the above-captioned matter.

Please give me a call if you have any questions.

Very truly yours,

T. Brent Gammon

TBG/kac
Enclosures
Cc: Honorable Judge Robert S. Ballou, w/out enclosures
Heather McDonald, Deputy Clerk, w/out enclosures